# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID A. VAN ASDALE,

    Plaintiff,

vs.                                                        CASE NO. 6:08-CV-531-ORL-19KRS

APOLLO ASSOCIATES, LTD.,
AMERICA FIRST APARTMENT
INVESTORS, INC.,
SENTINEL PROPERTY MANAGEMENT
CORP., MARTIN CAWLEY,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24, filed December 22, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 24) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice (Doc. No. 23, filed December 5, 2008) is **GRANTED**. The overtime compensation Plaintiff Van Asdale will receive pursuant to the Settlement Agreement is **APPROVED** as a fair resolution of a bona fide dispute under the FLSA. However, the Court **DECLINES** to reserve jurisdiction to enforce the settlement agreement. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of January, 2009.

Header:
Case 6:08-cv-00531-PCF-KRS Document 25 Filed 01/06/09 Page 2 of 2 PageID 74

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record